JOHN C. STROUGO *v.* ENFIELD LAND, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24913) is denied.

*Suzanne LaPlante,* in support of the petition.

*Ben A. Solnit,* in opposition.

Decided September 15, 2004

MICHAEL SORIERO *v.* JULIANN SORIERO*

The petition of Tobias Soriero, Belle Camperland, Inc., Belle Auto Repair and Sales and New York on Location for certification for appeal from the Appellate Court (AC 25420) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the writ of error filed by the plaintiffs in error?"

The Supreme Court docket number is SC 17259.

SULLIVAN, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*Robert A. Ziegler* and *Jeffrey M. Knickerbocker,* in support of the petition.

*Raynald B. Cantin,* in opposition.

Decided September 15, 2004

NICHOLAS PERRICONE *v.* MADELINE PERRICONE

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25461) is granted, limited to the following issue:

---

* The appeal was withdrawn April 21, 2005.

"Did the Appellate Court properly dismiss the plaintiff's appeal from the trial court's award of pendente lite attorney's fees?"

The Supreme Court docket number is SC 17257.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Wesley W. Horton* and *Daniel J. Krisch*, in support of the petition.

*Richard F. Wareing*, in opposition.

Decided September 15, 2004

MARTYN BRUNO *v.* COMMISSIONER OF CORRECTION

The petitioner Martyn Bruno's petition for certification for appeal from the Appellate Court, 74 Conn. App. 910 (AC 22928), is denied.

*Brian J. Woolf*, in support of the petition.

Decided September 22, 2004

FRANCES S. HARTNEY *v.* ROBERT J. HARTNEY

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 553 (AC 23717), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*James Colin Mulholland*, in support of the petition.

*Edith F. McClure*, in opposition.

Decided September 22, 2004